**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOHAMMAD KHAN, individually and on behalf of all others similarly-situated, <br><br> Plaintiff, <br><br> vs. <br><br> ALTUS GTS INC., and DOES 1-10, <br><br> Defendant. | Case No. 18-cv-2003-MSS <br><br> CLASS ACTION |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, MOHAMMAD KHAN, and Defendant, ALTUS GTS INC., through their undersigned attorneys, hereby stipulate to the dismissal of Plaintiff's claims with prejudice, the dismissal of the class claims without prejudice, and with each side bearing its own costs.

s/ *David B. Levin*

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
David B. Levin, Esq. (6212141)
Todd M. Friedman, Esq.
333 Skokie Blvd., Suite 103
Northbrook, IL 60062
Phone: 224.218.0882
Fax: 866.633.0228
dlevin@toddflaw.com
*Counsel for the Plaintiff*

Respectfully submitted,

s/ *Jeffrey N. Rosenthal*

**BLANK ROME LLP**
Jeffrey N. Rosenthal
One Logan Square, 130 N. 18th Street
Philadelphia, PA 191013
Phone: 215.569.5553
Fax: 215.832.5553
Email: Rosenthal-j@blankrome.com
Ana Tagvoryan
2029 Century Park East, Sixth Floor
Los Angeles, CA 90067
Phone: 424.239.3465
Fax: 424.239.3690
Email: ATagvoryan@blankrome.com
*Counsel for Altus GTS, Inc.*

CRAY HUBER
HORSTMAN HEIL &
VANAUSDAL LLC
Zachary G. Shook
303 W. Madison, Suite 2200
Chicago, IL 60606
Phone: 312.332.8516
Fax: 312.332.8451
Email: zgs@crayhuber.com
*Counsel for Altus GTS, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on ___July 16___, 2018, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ David B. Levin

147754.00602/109944242v.1